HERMAN LEE KINDRED

VS

THE State of TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 07 2018

Deana Williamson, Clerk

CAUSE NO.'s
# 30,311  33,972-59   IN THE 27TH
# 30,312 -58  District Court
# 30,721 -48  BELL COUNTY, TEXAS
# 41,248 -56
# 37,588 -54  mailed: march 1st, 2018

MOTION TO AMEND ON Supplement MOTION FOR NUNC Pro Tunc

To THE Judje of Said Court:                Filed ON On about 2/26/18

Comes NOW, HERMAN LEE KINDRED, movant and makes this his MOTION To Amend ON Supplement MOTION FOR NUNC Pro Tunc and fas good cause will Show as follows:

## I.

Movant is ENTitled To Reformation of SENTENCES and Judgments IN THE above styled Causes. DUE To THE FActs, movant was "NEVER" Convicted beyond a REASonable Doubt IN THE above Styled Numbered Causes. Movant was "NEVER" Convicted IN THE above Styled numbered Causes. THE State "CANNOT" prove beyond a REASonable Doubt THAT movant was Convicted IN THE above Styled Numbered Causes. THERE is absolutely "NO WAY" possible To Show or prove beyond a REASonable Doubt that movant is THE Same person allegedly Convicted IN THE above Styled Causes. SEE, Aleman V. State, 49 S.W. 3d 92. "ONLy" a Jury can determine THE factual facts beyond a REASonable doubt. THERE is "NO" ExPert Testimony at all.

(1)

"NO" Corroborating Testimony of guilt; "NO" Records; "NO" Evidence; "NO" identity Prints on "Either" of THE Judgments + Sentences To compare to THE Pen Packets IN Causes #30,312; # 30,311 and # 37,588. THIS Court of Criminal appeals of TEXAS Can EASily obtain a Copy of THE TEXAS Department of Criminal Justice Pen Packets Via E-mail and FAX To Verify THESE facts. THE Pen Packets Contain a Photo and a finger Print card. THE Photo is "NOT" of Movant. and THE finger Print Cards DO "NOT" Contain any Certified Informations To which County THE Convictions on alleged convictions are form. Nor, Any Certified Informations To what offenses THEY are for. "NO" Certified informations To THE Date of Birth of THE person accused Nor, THE Social Security Number of THE person accused. SEE, Zimmer V. State, 989 S.W. 2d 48. THERE is "NO WAY" possible THE State Can prove on show ~~H.L.K~~ beyond a REASonable Doubt THAT Movant Is SAMe person allegedly Convicted IN THE above Styled Causes. THERE is "NO WAY" possible To Compare THE identity Print ON THE Judgments + SENTENCES IN THE above Styled Causes To THE Pen Packets From THE TEXAS Dept. of Crim. Justice. THEREFORE, Movant Is ENtitled To Reformation of SENTENCES and Judgments IN THE above Styled causes and Justice Requires it, and THE Law Requires it. THE Court of Criminal appeals has the power to Modify judgments, SENTENCES on SENTENCING Corrections; Reduce SENTENCES

(2).

THE Court of Criminal appeals May act Sua Sponte and HAS a Duty to DO SO. Asberry V. State, 813 S.W. 2d 526, 531. Rule 43.2 of THE TEXAS RULES of Appellate Procedure Provides Direct Authority for this Court to Modify A TRIAL Courts Judgment. TEX. Rule App. Proc. 43.4. THE Judgments and SENTENCES are INDEED Void, illegal.

## Certificate of Service

I HERMAN LEE KINDRED HereBy Certify that a True and correct copy of THE forgoing motion was mailed the U.S. mail to the Bell County District Clerk's office at: P.O. Box 909 Belton, Texas 76513. ON this ___1st___ day of ___March___ 2018.

Herman Lee Kindred

Respectfully Submitted,
Herman Lee Kindred

HERMAN LEE KINDRED | CAUSE NO. | IN THE 18TH
vs | #F43,788 | District Court
THE State OF TEXAS | 33,9716-62 | Johnson County, Tx

"MOTION TO "AMEND" MOTION FOR Nunc Pro Tunc filed on or about: 2/19/18. IN THE Johnson County District Clerk office.

TO THE Judge of said Court:     mailed: 3/1/18

Comes NOW, HERMAN LEE KINDRED, movant and makes this his MOTION TO "Amend" MOTION FOR Nunc Pro Tunc filed on or about: 2/19/18. IN THE Johnson County District Clerk office and for good cause will show as follows:

## I.

THE indictment(s) and Statement of Facts, Record will clearly Show THE Judge presiding or Jury INCORrectly identified THE offense IN THE guilt phase of trial and convicted movant of a SECOND degree enhanced ~~Misdemeanor~~ felony theft, rather than a ~~STATE JAIL~~ ~~enhanced Misdemeanor~~ felony theft. IN which THE indictment charged movant with a STATE Jail Felony theft SEE, THE indictment IN THE above styled cause number.

## II.

THE Statement of Facts Record clearly shows THE state did "NOT" attempt to prove up THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE state failed to prove beyond a Reasonable Doubt THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE Statement of Facts will clearly

(1)

Reflect THESE FACTS. THIS above styled cause both was appealed to THE TENTH DISTRICT COURT of Appeals IN WACO, TEXAS. THIS Court of Criminal appeals has the power to EAsily Obtain THE Statement of FActs to obtain THE FActs Clearly. SEE THE Statement of FActs. IF THE LAW Requires THE state to pnove THE alleged "Predicated" Jurisdictional Enhancement Acts beyond a REAsonable Doubt at guilt phase of tnial. SEE, Calton V. State, 176 S.W. 3d 231-238. THEN, Justice Requires it. and Vice Versa THERE IS NO ONE without THE other.

## Certificate of Service

I Hereby Centify THAT A TRUE and Connect Copy of this foregoing motion was mailed Via U.S. postage mail to THE Johnson County, District Clenk ON: 3/1/18, at P.O. BOx 495 Cleburne, Texas 75633        Herman Lee Kindred

HERMAN LEE KINDRED
VS
THE State of TEXAS

CAUSE NO.
#13-5-9030
33,972-UU

IN THE 24TH
District Court
Jackson County, TX

Mailed: 3/1/18

"MOTION TO "Amend" MOTION FOR NUNC PRO TUNC filed on or about: 2/19/18. IN THE JACKSON COUNTY District Clerk office.

TO THE Judge of said COURT:

COMES NOW, HERMAN LEE KINDRED, movant and makes this his MOTION TO "Amend" MOTION FOR NUNC Pro TUNC filed on or about: 2/19/18. IN THE Jackson County District Clerk office and for good Cause will show as follows:

I.

THE indictment(s) and statement of FACTS, RECORD will clearly show THE Judge presiding or Jury incorrectly identified THE offense IN THE guilt phase of trial and convicted movant of a SECOND degree enhanced misdemeanor felony theft, rather than a State Jail felony theft. IN which THE indictment charged movant with a State Jail felony theft. SEE, THE INDICTMENT IN THE above styled cause number.

II.

THE Statement of Facts RECORD clearly shows THE State did "NOT" attempt to prove THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE State failed to prove beyond a REASONABLE Doubt THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE statement of FACTS will clearly

(1)

THE Statement of Facts Record clearly shows THE State did "NOT" attempt to prove up THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE State failed to prove beyond a REASONABLE Doubt THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE Statement of Facts will clearly reflect THESE Very Facts. THIS above styled cause was appealed to THE 13TH District Court of appeals located at Edingburg, TEXAS. THIS Court of Criminal appeals has the power to EASily obtain THE statement of Facts, to obtain THE Facts Clearly. SEE, Statement of Facts. IF THE LAW REquires THE STATE to prove THE alleged "Predicated" Jurisdictional Enhancement Acts beyond a REASonable Doubt at guilt phase of trial. SEE, Calton V. State, 176 S.W. 3d 231-238. THEN, Justice Requires it, and Vice Versa. THERE is NO ONE Without THE other.

## Certificate of Service

I Hereby certify that a true and correct copy of this foregoing motions was mailed Via U.S. postage mail to THE Jackson county, District clerk office ON: 3/1/18 at: 115 WEST main, Room 203 Edna, TEXAS 77957.

Herman Lee Kindred

(2)

HERMAN LEE KINDRED
VS
THE STATE OF TEXAS

CAUSE NO.'s
#43,482
~~#44,318~~
H.L.K
33,978-67

IN THE 264TH/27TH
District Court
Bell County, TEXAS

"MOTION TO "AMEND" MOTION FOR NUNC PRO TUNC filed ON OR about: 2/19/18. IN THE Bell County District Clerk office.

TO THE Judge of Said court:

Comes NOW, HERMAN LEE KINDRED movant and makes this his "MOTION TO "AMEND" MOTION FOR NUNC PRO TUNC filed ON OR about: 2/19/18. IN THE Bell County District Clerk office and for good cause will Show as follows:

## I.

THE indictment(s) and statement of Facts, Record will clearly Show THE ~~H.L.K~~ or Judge presiding or Jury Incorrectly identified THE offense IN THE guilt phase of trial and convicted movant of a first degree enhanced Misdemeanor felony theft, rather than a THIRD Degree enhanced misdemeanor felony theft, IN Which THE indictment charged movant with a THIRD Degree enhanced misdemeanor felony theft. SEE; THE indictment IN THE ABOVE styled Cause number.

## II.

THE statement of FACTS RECORD clearly shows THE State did "not" attempt to prove up THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of TRIAL. THE State failed to prove beyond a REASONABLE DOUBT THE alleged "Predicated" Jurisdictional Enhancement Acts at the guilt phase of trial. THE Statement of Facts Will Clearly Reflect THESE Very Facts. THIS above styled cause ~~will~~ WAS appealed TO THE THIRD District Court of appeals located IN Austin, TEXAS. 78711. THIS Court of Criminal appeals has the power to Easily obtain THE Statement of Facts to obtain THE Facts clearly. SEE, Statement of Facts. IF THE LAW Requires THE State to prove THE alleged "Predicated" Jurisdictional Enhancement acts beyond a REASonable Doubt at guilt phase of trial. SEE, Calton V. State, 176 S.W. 3d 231-238. THEN, Justice Requires it, and Vice Versa. THERE IS NO ONE Without THE other.

## Certificate of Service

I Hereby Certify THAT A TRUE AND CORRECT copy of THIS foregoing motion was mailed via U.S. postage mail to THE Bell County, District Clerk ON: 3/1/18. at P.O. BOX 909 Belton, TEXAS 76513.        Herman Lee Kindred

(2)